

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Beanest Bogany a/k/a Bearnest Ray Bogany,

\* From the 350th District Court of Taylor County, Trial Court No. 15227-D.

Vs. No. 11-24-00068-CR

\* July 3, 2025

The State of Texas,

\* Memorandum Opinion by Williams, J. (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.